UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTUE,<br><br>              Plaintiff,<br><br>      v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>              Defendants. | No.  2:22–cv–511–TLN–KJN PS<br><br>ORDER<br><br>(ECF No. 8.) |

Previously, the court transferred this action to the Southern District of California under 28 U.S.C. § 1404.  (ECF No. 6.)  Presently before the court is plaintiff's motion for reconsideration of the transfer order.  (ECF No. 8.)  Plaintiff states he inadvertently misplaced the court's original order to show cause and had other life events happening that prevented him from responding.  Plaintiff argues the case should not have been transferred to the Southern District based on his fear of the National City Police Department, who should not "be entitled to have the case heard [there] for their conveniences."  (See id.)  This case has already been transferred to the Southern District.  After the transfer has been docketed, this court loses jurisdiction over the case.  Lou v. Belzberg, 834 F.2d 730, 733 (9th Cir. 1987).  Therefore, plaintiff's motion is DENIED.

Dated:  June 13, 2022

mont.511

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE